UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————x

AGF ASSET MANAGEMENT, S.A.,

            Plaintiff,

    - v. -

VIVENDI, S.A., JEAN-MARIE MESSIER
and GUILLAUME HANNEZO,

            Defendants.

———————————————————————x

07 CV 11305

DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1(a)



RECEIVED
DEC 1 7 2007
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff AGF Asset Management, S.A., a nongovernmental corporate party, states that AGF Asset Management, S.A. is a subsidiary of AGF Group, which in turn is wholly owned by Allianz SE, a publicly held company.

Dated: December 17, 2007

                                      LABATON SUCHAROW LLP

                               By:   /s/ Lawrence A. Sucharow

                                      Lawrence A. Sucharow (LS-1726)
                                      Eric J. Belfi (EB-8895)
                                      Russel N. Jacobson (RJ-2268)
                                      David J. Goldsmith (DG-7388)
                                      140 Broadway
                                      New York, New York 10005
                                      Telephone: 212-907-0700
                                      Facsimile:  212-883-7056

                                      *Attorneys for Plaintiff*
                                      *AGF Asset Management, S.A.*

686393 v1
[12/17/2007 09:36]