UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————x
                                              :
IN RE VIVENDI UNIVERSAL, S.A.                 :    No. 02 Civ. 5571 (RJH) (HBP)
SECURITIES LITIGATION                         :
                                              :
This Document Relates To:                     :
                                              :
07 Civ. 11305                                 :
———————————————————————x

## <u>NOTICE OF APPEARANCE</u>

Please enter the appearance of Mark S. Arisohn, a member of the bar of this Court, as

counsel for Plaintiff AGF Asset Management, S.A. in the above-captioned action.


Dated: New York, New York                Respectfully submitted,
       January 10, 2008
                                         LABATON SUCHAROW LLP

                              By:    /s/ Eric Belfi_____
                                     Eric Belfi (EB-8895)
                                     Mark S. Arisohn (MA-2364)
                                     140 Broadway
                                     New York, New York 10005
                                     Telephone: 212-907-0700
                                     Facsimile: 212-818-0477

                                     *Attorneys for Plaintiff AGF Asset
                                     Management, S.A.*

<u>Certificate of Service</u>

      I hereby certify that on January 10, 2008, I caused the foregoing Notice of Appearance to be electronically filed with the Clerk of the Court through the Court's CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice, and to be sent by U.S. mail, first class postage prepaid, to the following counsel:

      Michael T. Reynolds                       Michael J. Malone
      Cravath, Swaine & Moore LLP          King & Spalding LLP
      Worldwide Plaza                            1185 Avenue of the Americas
      825 Eighth Avenue                      New York, NY  10036
      New York, NY  10019

                                              Michael E. Swartz, Esq.
                                            Schulte Roth & Zabel LLP
                                          919 Third Avenue
                                            New York, NY  10022


                                    <u>/s/  Mark S. Arisohn</u>
                                      Mark S. Arisohn (MA-2364)