UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
IN RE VIVENDI UNIVERSAL, S.A.  :  No. 02 Civ. 5571 (RJH) (HBP)
SECURITIES LITIGATION          :
                               :
This Document Relates To:      :
                               :
07 Civ. 11305                  :
---------------------------------------------------------------x

## NOTICE OF APPEARANCE

Please enter the appearance of Joseph A. Fonti, a member of the bar of this Court, as counsel for Plaintiff AGF Asset Management, S.A. in the above-captioned action.

Dated:  New York, New York                Respectfully submitted,
        January 10, 2008

                                          LABATON SUCHAROW LLP

                                   By:    /s/ Eric Belfi_____
                                          Eric Belfi (EB-8895)
                                          Joseph A. Fonti (JF-3201)
                                          140 Broadway
                                          New York, New York  10005
                                          Telephone:  212-907-0700
                                          Facsimile:  212-818-0477

                                          *Attorneys for Plaintiff AGF Asset
                                          Management, S.A.*

Certificate of Service

      I hereby certify that on January 10, 2008, I caused the foregoing Notice of Appearance to be electronically filed with the Clerk of the Court through the Court's CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice, and to be sent by U.S. mail, first class postage prepaid, to the following counsel:

Michael T. Reynolds
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019

Michael J. Malone
King & Spalding LLP
1185 Avenue of the Americas
New York, NY  10036

Michael E. Swartz, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY  10022

/s/  Joseph A. Fonti
Joseph A. Fonti (JF-3201)