UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————x
                                                                :
IN RE VIVENDI UNIVERSAL, S.A.           :  No. 02 Civ. 5571 (RJH) (HBP)
SECURITIES LITIGATION                         :
                                                                :
This Document Relates To:                     :
                                                                :
07 Civ. 11305                                           :
————————————————————————x

## NOTICE OF APPEARANCE

Please enter the appearance of Lawrence A. Sucharow, a member of the bar of this Court, as counsel for Plaintiff AGF Asset Management, S.A. in the above-captioned action.

Dated: New York, New York            Respectfully submitted,
       January 10, 2008

                                                          LABATON SUCHAROW LLP

                                             By:   /s/  Lawrence A. Sucharow
                                                          Lawrence A. Sucharow (LS-1726)
                                                          140 Broadway
                                                          New York, New York  10005
                                                          Telephone:  212-907-0700
                                                          Facsimile:  212-818-0477

                                                          *Attorney for Plaintiff AGF Asset*
                                                          *Management, S.A.*

<u>Certificate of Service</u>

      I hereby certify that on January 10, 2008, I caused the foregoing Notice of Appearance to be electronically filed with the Clerk of the Court through the Court's CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice, and to be sent by U.S. mail, first class postage prepaid, to the following counsel:

| | |
|---|---|
| Michael T. Reynolds<br>Cravath, Swaine & Moore LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY  10019 | Michael J. Malone<br>King & Spalding LLP<br>1185 Avenue of the Americas<br>New York, NY  10036<br><br>Michael E. Swartz, Esq.<br>Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, NY  10022 |

                                                /s/  Lawrence A. Sucharow
                                                Lawrence A. Sucharow (LS-1726)