UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————x
                                            :
IN RE VIVENDI UNIVERSAL, S.A.   :   No. 02 Civ. 5571 (RJH) (HBP)
SECURITIES LITIGATION               :
                                            :
This Document Relates To:            :
                                            :
07 Civ. 11305                              :
————————————————————————x

## **NOTICE OF APPEARANCE**

      Please enter the appearance of Eric J. Belfi, a member of the bar of this Court, as counsel for Plaintiff AGF Asset Management, S.A. in the above-captioned action.

Dated:  New York, New York  
         January 10, 2008

Respectfully submitted,

LABATON SUCHAROW LLP

By:   /s/  Eric J. Belfi  
      Eric J. Belfi (EB-8895)  
      140 Broadway  
      New York, New York  10005  
      Telephone:  212-907-0700  
      Facsimile:  212-818-0477

*Attorney for Plaintiff AGF Asset Management, S.A.*

Certificate of Service

    I hereby certify that on January 10, 2008, I caused the foregoing Notice of Appearance to be electronically filed with the Clerk of the Court through the Court's CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice, and to be sent by U.S. mail, first class postage prepaid, to the following counsel:

| | |
|---|---|
| Michael T. Reynolds<br>Cravath, Swaine & Moore LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY  10019 | Michael J. Malone<br>King & Spalding LLP<br>1185 Avenue of the Americas<br>New York, NY  10036<br><br>Michael E. Swartz, Esq.<br>Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, NY  10022 |

    /s/  Eric J. Belfi
    Eric J. Belfi (EB-8895)