UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————x
                                            :
IN RE VIVENDI UNIVERSAL, S.A.               :
SECURITIES LITIGATION                       :   No. 02 Civ. 5571 (RJH/HBP)
                                            :
————————————————————x
                                            :
This Document Relates To:                   :
                                            :
                                            :
AGF ASSET MANAGEMENT, S.A.,                 :   No. 07 Civ. 11305
                                            :   Jury Trial Demanded
            Plaintiff,                      :
                                            :
       - v. -                               :
                                            :
VIVENDI, S.A., JEAN-MARIE MESSIER           :
and GUILLAUME HANNEZO,                      :
                                            :
            Defendants.                     :
                                            :
————————————————————x

## AFFIDAVIT OF SERVICE

Eunice Jo, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age and reside in New York City, New York.

On January 15, 2008, I caused a copy of the FIRST AMENDED COMPLAINT to be served upon the following counsel by first-class mail and by e-mail:

Michael T. Reynolds
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019

Michael J. Malone
King & Spalding LLP
1185 Avenue of the Americas
New York, NY  10036

Michael E. Swartz, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY  10022

_____
Eunice Jo

CHERYL LEE (Bonia)
Notary Public - State of New York
No. 01LE6126128
Qualified in Bronx County
My Commission Expires April 25, 2009

Cheryl Lee (Bonia)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
:
IN RE VIVENDI UNIVERSAL, S.A.    :
SECURITIES LITIGATION            :   No. 02 Civ. 5571 (RJH/HBP)
:
---------------------------------------------------------x
:
This Document Relates To:        :
:
AGF ASSET MANAGEMENT, S.A.,      :
:   No. 07 Civ. 11305
            Plaintiff,            :   Jury Trial Demanded
:
    - v. -                        :
:
VIVENDI, S.A., JEAN-MARIE MESSIER :
and GUILLAUME HANNEZO,           :
:
            Defendants.           :
:
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Eunice Jo, hereby certify that on January 30, 2008, I filed the following document with the Clerk of Court:

- FIRST AMENDED COMPLAINT

I further certify that I have caused a true and correct copy of the foregoing document to be served via first-class mail and e-mail to the following:

SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on January 30, 2008.

*Eunice Jo*
Eunice Jo

## SERVICE LIST

*In re Vivendi Universal, S.A. Securities Litigation*, 02 Civ. 5571 (RJH/HBP)
*and consolidated cases*

| Parties | Counsel |
|---|---|
| Vivendi, S.A.<br>*Defendant in*<br>*02 Civ. 5571 (RJH/HBP)*<br>*03 Civ. 2175 (RJH/HBP)*<br>*03 Civ. 5911 (RJH/HBP)*<br><br>Universal Studios, Inc.<br>*Defendant in*<br>*03 Civ. 2175 (RJH/HBP)* | Paul C. Saunders, Esq.<br>Daniel Slifkin, Esq.<br>Michael T. Reynolds, Esq.<br>Timothy G. Cameron, Esq.<br>Michael A. Paskin<br>CRAVATH, SWAINE & MOORE LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, New York 10019<br>Phone: (212) 474-1000<br>Fax:    (212) 474-3700<br>psaunder@cravath.com<br>dslifkin@cravath.com<br>mreynolds@cravath.com<br>tcameron@cravath.com<br>mpaskin@cravath.com |
| | James W. Quinn, Esq.<br>Jonathan D. Polkes, Esq.<br>Penny P. Reid, Esq.<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Phone: (212) 310-8000<br>Fax:    (212) 310-8007<br>james.quinn@weil.com<br>jonathan.polkes@weil.com<br>penny.reid@weil.com |
| Jean-Marie Messier<br>*Defendant in*<br>*02 Civ. 5571 (RJH/HBP)*<br>*03 Civ. 2175 (RJH/HBP)* | Michael J. Malone, Esq.<br>Lisa Albert, Esq.<br>KING & SPALDING LLP<br>1185 Avenue of the Americas<br>New York, New York 10036<br>Phone: (212) 556-2100<br>Fax:    (212) 556-2222<br>mmalone@kslaw.com<br>lalbert@kslaw.com |

| Parties | Counsel |
|---|---|
| Guillaume Hannezo<br>*Defendant in*<br>*02 Civ. 5571 (RJH/HBP)*<br>*03 Civ. 2175 (RJH/HBP)* | Martin L. Perschetz, Esq.<br>Michael E. Swartz, Esq.<br>Einat Philip, Esq.<br>SCHULTE ROTH & ZABEL LLP<br>919 Third Avenue<br>New York, New York 10022<br>Phone: (212) 756-2000<br>Fax:   (212) 593-5955<br>martin.perschetz@srz.com<br>michael.swartz@srz.com<br>einat.philip@srz.com |
| *Class plaintiffs in*<br>*02 Civ. 5571 (RJH/HBP)* | Matthew Gluck, Esq.<br>Michael C. Spencer, Esq.<br>William B. Scoville, Esq.<br>MILBERG WEISS LLP<br>One Pennsylvania Plaza<br>New York, New York 10119<br>Phone: (212) 594-5300<br>Fax:   (212) 868-1229<br>mgluck@milbergweiss.com<br>mspencer@milbergweiss.com<br>wscoville@milbergweiss.com<br><br>*Co-Lead Counsel* |
| | Arthur N. Abbey, Esq.<br>Stephen T. Rodd, Esq.<br>Richard B. Margolies, Esq.<br>ABBEY SPANIER RODD & ABRAMS, LLP<br>212 East 39th Street<br>New York, New York 10016<br>Phone: (212) 889-3700<br>Fax:   (212) 684-5191<br>aabbey@abbeyspanier.com<br>srodd@abbeyspanier.com<br>rmargolies@abbeyspanier.com<br><br>*Co-Lead Counsel* |

| Parties | Counsel |
|---|---|
| | Brian C. Kerr, Esq.<br>Olivia A. Vasilescu, Esq.<br>DREIER LLP<br>499 Park Avenue<br>New York, New York 10022<br>Phone: (212) 328-6100<br>Fax:    (212) 328-6101<br>bkerr@dreierllp.com<br>ovasilescu@dreierllp.com<br><br>*Additional Plaintiffs' Counsel* |
| GAMCO Investors, Inc.<br>*Plaintiff in*<br>*03 Civ. 5911 (RJH/HBP)* | Vincent R. Cappucci, Esq.<br>ENTWISTLE & CAPPUCCI LLP<br>280 Park Avenue<br>26th Floor West<br>New York, New York 10017<br>Phone: (212) 894-7200<br>Fax:    (212) 894-7272<br>vcappucci@entwistle-law.com |
| | Laura J. Babcock, Esq.<br>ENTWISTLE & CAPPUCCI LLP<br>200 Business Park Drive<br>Suite 305<br>Armonk, New York 10504<br>Phone: (914) 730-3200<br>Fax:    (914) 730-3206<br>lbabcock@entwistle-law.com |
| Liberty Media Corporation et al<br>*Plaintiffs in*<br>*03 Civ. 2175 (RJH/HBP)* | R. Stan Mortenson, Esq.<br>Paul F. Enzinna, Esq.<br>Michael L. Calhoon, Esq.<br>Heather Allen, Esq.<br>BAKER BOTTS LLP<br>1299 Pennsylvania Avenue, NW<br>Washington, DC 20004-2400<br>Phone: (202) 639-7700<br>Fax:    (202) 639-7890<br>rstanmortenson@bakerbotts.com<br>paul.enzinna@bakerbotts.com<br>michael.calhoon@bakerbotts.com<br>heather.allen@bakerbotts.com |

| Parties | Counsel |
|---------|---------|
|         | Steven R. Gustavson, Esq.<br>BAKER BOTTS LLP<br>30 Rockefeller Plaza<br>New York, New York 10112<br>Phone:  (212) 408-2580<br>Fax:     (212) 259-2580<br>steven.gustavson@bakerbotts.com |

## Individual Actions

| Parties | Counsel |
|---|---|
| Allianz Global Investors Kapitalanlagegesellschaft MBH *et al.*<br>*Plaintiffs in 07-cv-8156*<br><br>Arbejdsmarkedets Tillaegspension *et al.*<br>*Plaintiffs in 07-cv-9229*<br><br>Swedbank Robur Fonder AB *et al.*<br>*Plaintiffs in 07-cv-11092* | David Kessler<br>Stuart L. Berman<br>John A. Kehoe<br>Darren J. Check<br>SCHIFFRIN & BARROWAY, LLP<br>280 King of Prussia<br>Radnor, PA 19087<br>Phone: (610) 667-7706<br>Fax:    (610) 667-7056<br>dkessler@sbtklaw.com<br>sberman@sbtklaw.com<br>jkehoe@sbtklaw.com<br>dcheck@sbtklaw.com<br><br>Jonathan Scott Shapiro<br>Robert Jason Shapiro<br>THE SHAPIRO LAW FIRM, LLP<br>500 Fifth Avenue, 14th Flr.<br>New York, NY 10110<br>Phone: (212) 391-6464<br>Fax:    (212)719-1616<br>jshapiro@theshapirofirm.com<br>rshapiro@theshapirofirm.com |
| Andra AP-fonden<br>*Plaintiff in 08-cv-0117*<br><br>Bayern-Invest Kapitalanlagegesellschaft Mbh<br>*Plaintiffs in 07-7775*<br><br>Deka Investment, Deka International (Ireland) Limited *et al.*<br>*Plaintiffs in 07-cv-7776*<br><br>DWS Investmentgesellschaft MBH *et al.*<br>*Plaintiffs in 07-cv-11297*<br><br>Forsta AP-fonden *et al.*<br>*Plaintiffs in 07-cv-11628*<br><br>Frankfurter Service Kapitalanlagegesellschaft MBH<br>*Plaintiff in 07-cv-7863* | Alexander Reus<br>DIAZ REUS ROLFF & TARG LLP<br>100 SE Second St., Ste. 2610<br>Miami, FL 33131<br>Phone: (786)-235-5000<br>Fax:    (786)-235-5005<br>areus@drrt.com |

| Parties | Counsel |
|---|---|
| Helaba Invest Kapitalanlagegesellschaft MBH<br>*Plaintiff in 07-cv-7778*<br><br>HSBC Trinkaus & Burkhardt AG<br>*Plaintiff in 07-cv-8208*<br><br>Internationale Kapitalanlagegesellschaft MBH<br>*Plaintiff in 07-cv-7779*<br><br>IFOS Internationale Fonds Service AG<br>*Plaintiff in 07-cv-7802*<br><br>MEAG MUNICH ERGO Kapitalanlagegesellschaft mbH *et al.*<br>*Plaintiffs in 07-cv-11485*<br><br>Metzler Investment GMBH *et al.*<br>*Plaintiffs in 07-cv-7803*<br><br>NORDCON Investment Management AG<br>*Plaintiff in 08-cv-0024*<br><br>Norges Bank<br>*Plaintiff in 07-cv-7370*<br><br>Swiss Life Holding AG *et al.*<br>*Plaintiffs in 07-cv-9593*<br><br>Tredje AP-fonden<br>*Plaintiff in 08-cv-0116* | Diane Toby Zilka<br>James Joseph Sabella<br>Stuart M. Grant<br>Christine M. Mackintosh<br>GRANT & EISENHOFER, PA<br>485 Lexington Avenue, 29th Fl.<br>New York, NY 10017<br>Phone: (302) 622-7095<br>Fax:    (302) 622-7100<br>dzilka@gelaw.com<br>jsabella@gelaw.com<br>sgrant@gelaw.com<br>cmackintosh@gelaw.com |
| Universal-Investment-Gesellshaft mbH<br>*Plaintiff in 07-cv-10954* | William H. Narwold<br>Ingrid L. Moll<br>Michael E. Elsner<br>MOTLEY RICE LLC<br>One Corporate Center<br>20 Church Street<br>17th Floor<br>Hartford, CT 06103<br>Phone: (860) 882-1676<br>Fax:    (860) 882-1682<br>bnarwold@motleyrice.com<br>imoll@motleyrice.com<br>melsner@motleyrice.com |

| Parties | Counsel |
|---|---|
| Oppenheim Kapitalanlagegesellschaft mbH *et al.* *Plaintiffs in 07-cv-8830* Pioneer Investment Management SGRPA *Plaintiff in 07-cv-10578* | William H. Narwold Ingrid L. Moll Michael E. Elsner MOTLEY RICE LLC One Corporate Center 20 Church Street 17th Floor Hartford, CT 06103 Phone: (860) 882-1676 Fax:    (860) 882-1682 bnarwold@motleyrice.com imoll@motleyrice.com melsner@motleyrice.com Ann K. Ritter MOTLEY RICE LLC (SC) 28 Bridgeside Boulevard P.O. Box 1792 Mount Pleasant, SC 29465 Phone: (843) 216-9000 Fax:    (843) 216-9450 aritter@motleyrice.com Leslie Margaret Kelleher Nathan D. Finch CAPLIN & DRYSDALE One Thomas Circle, N.W. Washington D.C. 20005 Phone: (202) 862-5000 Fax:    (202) 429-3301 lmk@capdale.com ndf@capdale.com |