UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————x
:
IN RE VIVENDI UNIVERSAL, S.A.           :
SECURITIES LITIGATION                   :   No. 02 Civ. 5571 (RJH/HBP)
                                        :
————————————————————————x
                                        :
This Document Relates To:               :
                                        :
AGF ASSET MANAGEMENT, S.A.,             :
                                        :   No. 07 Civ. 11305
            Plaintiff,                  :   Jury Trial Demanded
                                        :
    - v. -                              :
                                        :
VIVENDI, S.A., JEAN-MARIE MESSIER       :
and GUILLAUME HANNEZO,                  :
                                        :
            Defendants.                 :
                                        :
————————————————————————x

## CERTIFICATE OF SERVICE

I, Eunice Jo, hereby certify that on February 29, 2008, I filed the following document with the Clerk of Court:

- SECOND AMENDED COMPLAINT

I further certify that I have caused a true and correct copy of the foregoing document to be served via first-class mail and e-mail to the following:

    SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on February 29, 2008.

_____
Eunice Jo

*In re Vivendi Universal, S.A. Securities Litigation*, 02 Civ. 5571 (RJH/HBP)

## Individual Actions

| Parties | Counsel |
|---|---|
| Allianz Global Investors Kapitalanlagegesellschaft MBH *et al.*<br>*Plaintiffs in 07-cv-8156*<br><br>Arbejdsmarkedets Tillaegspension *et al.*<br>*Plaintiffs in 07-cv-9229*<br><br>Swedbank Robur Fonder AB *et al.*<br>*Plaintiffs in 07-cv-11092* | David Kessler<br>Stuart L. Berman<br>John A. Kehoe<br>Darren J. Check<br>SCHIFFRIN & BARROWAY, LLP<br>280 King of Prussia<br>Radnor, PA 19087<br>Phone: (610) 667-7706<br>Fax:    (610) 667-7056<br>dkessler@sbtklaw.com<br>sberman@sbtklaw.com<br>jkehoe@sbtklaw.com<br>dcheck@sbtklaw.com<br><br>Jonathan Scott Shapiro<br>Robert Jason Shapiro<br>THE SHAPIRO LAW FIRM, LLP<br>500 Fifth Avenue, 14th Flr.<br>New York, NY 10110<br>Phone: (212) 391-6464<br>Fax:    (212)719-1616<br>jshapiro@theshapirofirm.com<br>rshapiro@theshapirofirm.com |
| Andra AP-fonden<br>*Plaintiff in 08-cv-0117*<br><br>Bayern-Invest Kapitalanlagegesellschaft Mbh<br>*Plaintiffs in 07-7775*<br><br>Deka Investment, Deka International (Ireland) Limited *et al.*<br>*Plaintiffs in 07-cv-7776*<br><br>DWS Investmentgesellschaft MBH *et al.*<br>*Plaintiffs in 07-cv-11297*<br><br>Forsta AP-fonden *et al.*<br>*Plaintiffs in 07-cv-11628* | Alexander Reus<br>DIAZ REUS ROLFF & TARG LLP<br>100 SE Second St., Ste. 2610<br>Miami, FL 33131<br>Phone: (786)-235-5000<br>Fax:    (786)-235-5005<br>areus@drrt.com |

| Parties | Counsel |
|---|---|
| Frankfurter Service Kapitalanlagegesellschaft MBH<br>*Plaintiff in 07-cv-7863*<br><br>Helaba Invest Kapitalanlagegesellschaft MBH<br>*Plaintiff in 07-cv-7778*<br><br>HSBC Trinkaus & Burkhardt AG<br>*Plaintiff in 07-cv-8208*<br><br>Internationale Kapitalanlagegesellschaft MBH<br>*Plaintiff in 07-cv-7779*<br><br>IFOS Internationale Fonds Service AG<br>*Plaintiff in 07-cv-7802*<br><br>MEAG MUNICH ERGO Kapitalanlagegesellschaft mbH *et al.*<br>*Plaintiffs in 07-cv-11485*<br><br>Metzler Investment GMBH *et al.*<br>*Plaintiffs in 07-cv-7803*<br><br>NORDCON Investment Management AG<br>*Plaintiff in 08-cv-0024*<br><br>Norges Bank<br>*Plaintiff in 07-cv-7370*<br><br>Swiss Life Holding AG *et al.*<br>*Plaintiffs in 07-cv-9593*<br><br>Tredje AP-fonden<br>*Plaintiff in 08-cv-0116* | Diane Toby Zilka<br>James Joseph Sabella<br>Stuart M. Grant<br>Christine M. Mackintosh<br>GRANT & EISENHOFER, PA<br>485 Lexington Avenue, 29th Fl.<br>New York, NY 10017<br>Phone: (302) 622-7095<br>Fax:    (302) 622-7100<br>dzilka@gelaw.com<br>jsabella@gelaw.com<br>sgrant@gelaw.com<br>cmackintosh@gelaw.com |
| Universal-Investment-Gesellshaft mbH<br>*Plaintiff in 07-cv-10954* | William H. Narwold<br>Ingrid L. Moll<br>MOTLEY RICE LLC<br>One Corporate Center<br>20 Church Street<br>17th Floor<br>Hartford, CT 06103<br>Phone: (860) 882-1676<br>Fax:    (860) 882-1682<br>bnarwold@motleyrice.com<br>imoll@motleyrice.com |

| Parties | Counsel |
|---|---|
| | |
| Oppenheim Kapitalanlagegesellschaft mbH *et al.*<br>*Plaintiffs in 07-cv-8830*<br><br>Pioneer Investment Management SGRPA<br>*Plaintiff in 07-cv-10578* | William H. Narwold<br>Ingrid L. Moll<br>MOTLEY RICE LLC<br>One Corporate Center<br>20 Church Street<br>17th Floor<br>Hartford, CT 06103<br>Phone: (860) 882-1676<br>Fax:    (860) 882-1682<br>bnarwold@motleyrice.com<br>imoll@motleyrice.com<br><br>Ann K. Ritter<br>Michael E. Elsner<br>MOTLEY RICE LLC (SC)<br>28 Bridgeside Boulevard<br>P.O. Box 1792<br>Mount Pleasant, SC 29465<br>Phone: (843) 216-9000<br>Fax:    (843) 216-9450<br>aritter@motleyrice.com<br>melsner@motleyrice.com<br><br>Leslie Margaret Kelleher<br>Nathan D. Finch<br>CAPLIN & DRYSDALE<br>One Thomas Circle, N.W.<br>Washington D.C. 20005<br>Phone: (202) 862-5000<br>Fax:    (202) 429-3301<br>lmk@capdale.com<br>ndf@capdale.com |

688886 v2
[1/10/2008 11:45]