# Labaton
# Sucharow

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/08
```

212 907 0865 direct
212 883 7065 fax
email jstrauss@labaton.com

March 24, 2008



RECEIVED
MAR 24 2008
CHAMBERS OF
RICHARD J. HOLWELL

**VIA FACSIMILE**

The Honorable Richard J. Holwell
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1950
New York, NY 10007

02cv5571

Re:   <u>AGF Asset Management Group, S.A. v. Vivendi, S.A., et al.</u>, 07 Civ. 11305 (RJH)

Dear Judge Holwell:

    On February 29, 2008 Plaintiff in the above captioned matter filed a Second Amended Complaint. All the Defendants who have been served in the action consented to the filing of the amended complaint in writing as required by Fed. R. Civ. P. 15(a)(2). Your Honor is respectfully requested to So Order the filing of Plaintiff's Second Amended Complaint if Your Honor deems such an order necessary. This case remains consolidated with <u>In re Vivendi Universal, S.A. Securities Litigation</u>, 02 Civ. 5571 (RJH).

Respectfully submitted,

Jesse Strauss (JS-0212)

SO ORDERED

[signature]
USDJ
4/1/08

cc:   **VIA EMAIL**

Douglas J. Dixon, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
*Counsel for Defendant Vivendi, S.A.*

James W. Quinn, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
*Counsel for Defendant Vivendi, S.A.*

Lisa Albert, Esq.
King & Spalding LLP
1185 Avenue of the Americas
New York, New York 10036
*Counsel for Defendant Jean-Marie Messier*

Martin L. Perschetz, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022
*Counsel for Defendant Guillaume Hannezo*

Labaton Sucharow LLP   140 Broadway, New York, NY 10005   212 907 0700 main   212 819 0477 fax   www.labaton.com